*CLOSED*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AL & JOHN, INC., T/A GLEN ROCK HAMS | : | Civil Action No. 08-2898 (SRC) |
| Petitioner, | : | ORDER |
| v. | : | |
| LOCAL 464A, UNITED FOOD AND COMMERCIAL WORKERS UNION | : | |
| Respondent. | : | |

**CHESLER**, District Judge

    This matter having come before the Court upon three motions: 1) the motion for summary judgment confirming the arbitrator's award filed by Respondent Local 464A, United Food and Commercial Workers Union ("Respondent" or the "Union") (Docket Entry No. 14); 2) the motion for summary judgment vacating the arbitrator's award filed by Petitioner Al & John, Inc., T/A Glen Rock Hams ("Petitioner" or the "Company") (Docket Entry No. 15); and 3) Respondent's motion to strike (Docket Entry No. 20); and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

    **IT IS** on this 28th day of December, 2009,

    **ORDERED** that Respondent's motion for summary judgment (Docket Entry No. 14) is **GRANTED**, and the Arbitrator's Award is confirmed, and judgment is hereby entered in Respondent's favor; and it is further

    **ORDERED** that Petitioner's motion for summary judgment (Docket Entry No.

15) is **DENIED**; and it is further

      **ORDERED** that Respondent's motion to strike (Docket Entry No. 20) is

**DENIED**.


                                                                            s/ Stanley R. Chesler
                                                              Stanley R. Chesler, U.S.D.J.